eration or decision of this petition.

No. 12–7586. MACKEY v. GRABER, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7615. GIESWEIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7641. CANDIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7661. ROBINSON, AKA PITTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10646. L. F. v. CUYAHOGA COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ante, p. 853;
No. 11–11155. COX v. HOWERTON, WARDEN, ante, p. 1010;
No. 12–405. STARR v. UNITED STATES, ante, p. 999;
No. 12–406. FLORIMONTE v. BOROUGH OF DALTON, PENNSYLVANIA, ante, p. 1048;
No. 12–5117. HONARMAND v. J. C. PENNEY, ante, p. 896;
No. 12–5584. SMITH v. MONROE ET AL., ante, p. 947;
No. 12–5739. MIZUKAMI v. EDWARDS ET AL., ante, p. 1042;
No. 12–5860. SWISHER v. LEVENHAGEN, SUPERINTENDENT, WESTVILLE CORRECTIONAL FACILITY, ante, p. 982;
No. 12–5930. MCKINNEY v. SHEETS, WARDEN, ante, p. 984;
No. 12–6118. GATHER v. OKLAHOMA ARMY NATIONAL GUARD ET AL., ante, p. 1013;
No. 12–6137. BENSON v. LUTTRELL, SHERIFF, SHELBY COUNTY, TENNESSEE, ET AL., ante, p. 1013;
No. 12–6191. DAVENPORT v. MCLAUGHLIN, WARDEN, ante, p. 1014;
No. 12–6224. TRAMMELL v. SMART ET AL., ante, p. 1014;
No. 12–6244. SADLOWSKI v. TOWN OF MIDDLEFIELD, ante, p. 1015;

No. 12–6279. JOHNSON v. HENDRICK AUTOMOTIVE GROUP ET AL., *ante*, p. 1001;

No. 12–6338. MORRIS v. CROSS ET AL., *ante*, p. 1015;

No. 12–6361. BOLES v. NEWTH ET AL., *ante*, p. 1002;

No. 12–6419. WILLIAMS v. DANFORTH, WARDEN, *ante*, p. 1034;

No. 12–6426. ADETILOYE v. UNITED STATES, *ante*, p. 992;

No. 12–6430. ASHFORD v. WENEROWICZ, WARDEN, ET AL., *ante*, p. 1034;

No. 12–6516. IN RE SWISHER, *ante*, p. 976; and

No. 12–6588. DICKINSON v. OCWEN LOAN SERVICING, LLC, ET AL., *ante*, p. 1069. Petitions for rehearing denied.

No. 11–11102. GAREY v. UNITED STATES, *ante*, p. 1041. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

JANUARY 16, 2013

No. 12A706. GLEASON v. PEARSON, WARDEN. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

JANUARY 18, 2013

No. 12–158. BOND v. UNITED STATES. C. A. 3d Cir. Certiorari granted.

No. 12–484. UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER v. NASSAR. C. A. 5th Cir. Certiorari granted.

No. 12–547. METRISH, WARDEN v. LANCASTER. C. A. 6th Cir. Certiorari granted.

No. 12–79. CHADBOURNE & PARKE LLP v. TROICE ET AL.;

No. 12–86. WILLIS OF COLORADO INC. ET AL. v. TROICE ET AL.; and

No. 12–88. PROSKAUER ROSE LLP v. TROICE ET AL. C. A. 5th Cir. Motions of Breazeale, Sachse & Wilson, LLP, and DRI– The Voice of the Defense Bar for leave to file briefs as *amici curiae* granted. Certiorari in No. 12–79 granted limited to Ques-